# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* JAMES LANDOLT, <br><br> Plaintiffs, <br><br> v. <br><br> MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc.), <br><br> Defendant. | Civil Action No. 18-11931-PBS |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE AND *EX PARTE* REQUEST TO UNSEAL THE ACTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and in accordance with the March 2, 2020 intervention deadline that the Court previously set, the United States notifies the Court that it hereby intervenes in this action. The government intends to file a complaint-in-intervention promptly upon unsealing of this action.

The United States respectfully requests that the Court unseal this action and unseal the relator's complaints, the United States' Notice of Election to Intervene, and all pleadings filed thereafter. The United States further requests that all other papers on file in this action on or prior to March 2, 2020 remain under seal because, in discussing the content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.

A proposed order accompanies this notice.

Dated: March 2, 2020
                        JOSEPH H. HUNT
                        Assistant Attorney General

                        ANDREW E. LELLING
                        United States Attorney

                        /s/ Gregg Shapiro
                        GREGG SHAPIRO
                        EVAN D. PANICH
                        Assistant United States Attorneys
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3100
                        gregg.shapiro@usdoj.gov
                        evan.panich@usdoj.gov

                        ANDY J. MAO
                        AUGUSTINE M. RIPA
                        MICHAEL A. HOFFMAN
                        Attorneys, Civil Division
                        United States Department of Justice
                        P.O. Box 261, Ben Franklin Station
                        Washington, DC 20044
                        Tel.: (202) 305-4033