UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br>MALLINCKRODT ARD LLC,<br><br>Defendant. | CIVIL ACTION NO.  1:18-cv-11931 |

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

SARIS, D.J.

It is hereby **ORDERED** that the above-entitled action is stayed administratively, until November 4, 2021, without prejudice to the right of any party to restore it to the active docket pending resolution of the case before the United States Bankruptcy Court.

11/4/2020
Date

By the Court,

/s/ Casey Baker
Deputy Clerk